# EXHIBIT

# "A"

**SMITH & WILLIAMS LAW FIRM, LLC**
**767 CENTRAL AVENUE**
**WESTFIELD, NJ 07090**
**908-264-7228**
**ATTORNEYS FOR PLAINTIFF**

| | | |
|---|---|---|
| DAVID SCHAFER,<br>Plaintiff(s)<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, ABC CORPORATIONS 1-10, (representing presently unknown business entities); and John Does 1-10 (representing presently unidentified individuals).<br><br>Defendant(s) | : | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION- MIDDLESEX COUNTY<br>DOCKET NO.: MID-L-6245-25<br><br>***Civil Action***<br><br>**SUMMONS** |

From the State of New Jersey to the Defendant(s) named above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses for each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf. If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion with fee of $175.00 and a completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

/s/ Michelle M. Smith
Clerk of the Superior Court

Dated: August 28, 2025
Name of Defendant to be Served: Costco Wholesale Corporation
Address of Defendant to be Served: 205 Vineyard Road, Edison, New Jersey

DANIEL J. WILLIAMS, ESQ.
NJ ATTORNEY ID #: 037012003
SMITH & WILLIAMS LAW FIRM, LLC
767 CENTRAL AVENUE
WESTFIELD, NJ 07090
908-264-7228
ATTORNEYS FOR PLAINTIFF

| | | |
|---|---|---|
| DAVID SCHAFER,<br>Plaintiff(s)<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, ABC CORPORATIONS 1-10, (representing presently unknown business entities); and John Does 1-10 (representing presently unidentified individuals).<br><br>Defendant(s) | : | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION- MIDDLESEX COUNTY<br>DOCKET NO.: MID-L-<br><br>***Civil Action***<br><br>**COMPLAINT, JURY DEMAND, DEMAND FOR ANSWER TO INTERROGATORIES, SUPPLEMENTAL ANSWERS TO INTERROGATORIES AND NOTICE TO PRODUCE** |

Plaintiff, DAVID SCHAFER, residing at 4 Clemson Road, in the City of Parlin, County of Middlesex, and State of New Jersey, complaining of the defendants, says:

**FIRST COUNT**

1. On or about July 5, 2024, the plaintiff, DAVID SCHAFER was lawfully and properly inside the premises located at 205 Vineyard Road, in the City of Edison, County of Middlesex, and State of New Jersey.

2. At the same time and place aforesaid, the defendants, COSTCO WHOLESALE CORPORATION,ABC CORPORATIONS 1-10 and its agent, servant and/or employee, JOHN DOE 1-10 owned, leased, managed, maintained, controlled, possessed, repaired and inspected the subject premises, particularly the ceilings of the apartment.

3. At the same time and place aforesaid, the defendants, COSTCO WHOLESALE CORPORATION, ABC CORPORATIONS 1-10 and its agent, servant and/or employee, JOHN DOE 1-10, so negligently and carelessly owned, leased, managed, maintained, controlled, possessed, repaired and inspected the subject premises that a dangerous and hazardous condition was allowed to exist causing

plaintiff, DAVID SCHAFER, to fall and sustain severe and permanent injuries.

4. At the same time and place aforesaid, the defendants, COSTCO WHOLESALE CORPORATION, ABC CORPORATIONS 1-10 and its agent, servant and/or employee, JOHN DOE 1-10, had a duty to warn patrons of certain dangers and hazards and to ensure that the premises was maintained in a safe conditions.

5. At the same time and place aforesaid, the defendants, COSTCO WHOLESALE CORPORATION, ABC CORPORATIONS 1-10 and its agent, servant and/or employee, JOHN DOE 1-10, so negligently and carelessly breached their duty to warn, failed to maintain and failed to make proper and timely inspections of the premises causing the plaintiff, DAVID SCHAFER to sustain injuries.

6. As a direct and proximate result of the aforesaid joint, several and/or individual negligence of the defendants, COSTCO WHOLESALE CORPORATION, ABC CORPORATIONS. 1-10 and its agent, servant and/or employee, JOHN DOES 1-10, the plaintiff, DAVID SCHAFER, sustained serious personal injuries, both temporary and permanent in nature, he has and will be obliged to spend money on doctor bills, hospital bills, x-rays, care and medicine in an effort to cure and alleviate his injuries and he has and will be unable to pursue the usual course of his occupation and duties and, he lost wages, all to his damage.

WHEREFORE, plaintiff, DAVID SCHAFER, demands judgment against the defendants, COSTCO WHOLESALE CORPORATION, ABC CORPORATIONS 1-10 and its agent, servant and/or employee, JOHN DOES 1-10, jointly, severally and/or individually for past, present and future pain and suffering, reimbursement of medical bills and hospital bills and temporary and permanent personal injuries plus costs of suit on the First Count.

**JURY DEMAND**

Plaintiff hereby demands a Trial by Jury as to all issues herein contained.

**DESIGNATION OF TRIAL COUNSEL**

PLEASE TAKE NOTICE that the undersigned, Daniel J. Williams, Esq., is hereby designated trial counsel pursuant to R. 4:25-4.

**DEMAND FOR INSURANCE INFORMATION**

Pursuant to Rule 4:l0-2(b), plaintiff hereby demands production within thirty (30) days of the contents of any insurance agreement under which defendants maybe covered to satisfy part or all of a judgment which may be entered in the action to indemnity or reimburse for payment made to satisfy the judgment.

**DEMAND FOR ANSWER TO INTERROGATORIES**

Demand is hereby made on the defendants to answer fully and responsively Form C and Form C (1) Uniform Interrogatories, found in Appendix II as provided by R. 4-17-1 (b)(ii) and other applicable Rules of Court. Demand is hereby made that Defendants answer the attached Supplemental Interrogatories as prescribed by the Rules of Court.

**CERTIFICATION**

DANIEL J. WILLIAMS, ESQ. of full age, hereby certifies as follows:

1. That the matter in controversy is not the subject of any other action pending in Court or of a

pending Arbitration proceeding and that no other action or Arbitration proceeding is contemplated.

2. I know of no other party or person who should be joined in this action.

3. This Certification is made pursuant to Rule 4:5-l.

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I am subject to punishment.

**SMITH & WILLIAMS, LLC**
*/s/ Daniel J. Williams*
Dated: August 28, 2025 DANIEL J. WILLIAMS, ESQ.

**NOTICE TO PRODUCE**

1. Any incident report regarding the plaintiff's injury.

2. Any and all documents in the possession of this defendant regarding the plaintiff's interaction with defendants.

3. Any and all documents regarding any and all transactions and interactions of the plaintiff with defendants.

4. All incident reports for the month before and the week after at 205 Vineyard Road, Edison, New Jersey.

5. Color prints, not copies, of any photographs that depict the area of plaintiff's injury or were created during any investigation thereafter.

6. Copies of motion pictures, videotapes, surveillance or other video of the incident in question.

7. If this defendant alleges that there is no such video responsive to number 8, an exemplar video of any surveillance of the area in which the plaintiff suffered the injury.

8. All drawings, diagrams, sketches or other reproductions, descriptions or accounts concerning the individuals who witness or investigated the plaintiff's injury.

9. All signed or unsigned statements, emails, or other communications, of any individuals who witnessed or investigated the plaintiff's injury.

10. Copies of any and all reports on the plaintiff received by the defendants, or any other party to this suit, from either the Central Index Bureau (C.I.B.) or from any other source.

11. Copies of all medical information currently in the possession of this defendant or the defendant's attorney, or any medical information which may be obtained through continuing discovery, regarding the plaintiff.

## SUPPLEMENTAL INTERROGATORIES

S1. Has this defendant, or anyone on this defendant's behalf, obtained surveillance video, photographs or other documentation regarding the plaintiff? If so, provide same. If privilege is claimed, please provide a privilege log.

S2. Did this defendant take a statement from the plaintiff? If so, please attach.

S3. When was the last inspection of the area where plaintiff was injured?

S4. By whom was this inspection performed and what were their findings?

S5. When was the first time after plaintiff's injury that the area was inspected?

S6. By whom was this inspection performed and what were their findings?

S7. Is this defendant aware of any eyewitnesses to the plaintiff's injury? If so, please provide their names.

S8. Did this defendant take any statements from anyone regarding this incident? If so, please attach. If privilege is claimed, please attach privilege log.

S9. Was there video surveillance of the plaintiff's injury? If so, please provide. If not, please provide exemplar video of all cameras in this section.

S10. What is this defendant's policy regarding preservation of video surveillance?

**SMITH & WILLIAMS, LLC**
*/s/ Daniel J. Williams*
Dated: August 28, 2025 DANIEL J. WILLIAMS, ESQ.

# Civil Case Information Statement

## Case Details: MIDDLESEX | Civil Part Docket# L-006245-25

**Case Caption:** SCHAFER DAVID VS COSTCO WHOLESALE COR PORATION
**Case Initiation Date:** 08/28/2025
**Attorney Name:** DANIEL J WILLIAMS
**Firm Name:** SMITH AND WILLIAMS LAW FIRM, LLC
**Address:** 767 CENTRAL AVE
WESTFIELD NJ 07090
**Phone:** 9085437037
**Name of Party:** PLAINTIFF : Schafer, David
**Name of Defendant's Primary Insurance Company** (if known): None

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO
**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: David Schafer?** NO

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO **Title 59?** NO **Consumer Fraud?** NO **Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

08/28/2025
Dated

/s/ DANIEL J WILLIAMS
Signed

COUNTY LAWYER REFERRAL/LEGAL SERVICES CONTACT INFORMATION

| | | |
|---|---|---|
| New Jersey Bar Association<br>Lawyer Referral Service<br>(732)249-5000<br><br>Legal Services of New Jersey, Inc.<br>(908)572-9100 | Gloucester County<br>Gloucester County Bar Association<br>Lawyer Referral Service<br>(856)848-4071<br>*Regional Legal Services<br>(856)848-5360 | Passaic County<br>Passaic County Bar Association<br>Lawyer Referral Service<br>(973)278-9223<br>Passaic County Legal Aid<br>(973)523-2900 |
| Atlantic County<br>Atlantic County Bar Association<br>Lawyer Referral Service<br>(609)345-3444<br>Cape-Atlantic Legal Services<br>(609)348-4200 | Hudson County<br>Hudson County Bar Association<br>Lawyer Referral Service<br>(201)798-2727<br>Hudson County Legal Services<br>(201)792-6363 | Salem County<br>Salem County Bar Association<br>Lawyer Referral Service<br>(856)935-5629<br>*Regional Legal Services<br>(856)496-4570 |
| Bergen County<br>Bergen County Bar Association<br>Lawyer Referral Service<br>(201)488-0044<br>Bergen County Legal Services<br>(201)487-2166 | Hunterdon County<br>Hunterdon County Bar Association<br>Lawyer Referral Service<br>(908)200-7822<br>Hunterdon County Legal Services<br>(908)782-7979 | Somerset County<br>Somerset County Bar Association<br>Lawyer Referral Service<br>(908)685-2323<br>Somerset-Sussex Legal Services<br>(908)231-0840 |
| Burlington County<br>Burlington County Bar Association<br>Lawyer Referral Service<br>(609)261-4862<br>*Regional Legal Services<br>(609)261-1088 | Mercer County<br>Mercer County Bar Association<br>Lawyer Referral Service<br>(609)585-6200<br>Legal Aid Society-Mercer County<br>(609)695-6249 | Sussex County<br>Sussex County Bar Association<br>Lawyer Referral Service<br>(973)267-5882<br>Somerset-Sussex Legal Services<br>(973-383-7400 |
| Camden County<br>Camden County Bar Association<br>Lawyer Referral Service<br>(856)482-0618<br>*Regional Legal Services<br>(856)964-2010 | Middlesex County<br>Middlesex County Bar Association<br>Lawyer Referral Service<br>(732)828-0053<br>Middlesex County Legal Services<br>(732)828-3433 | Union County<br>Union County Bar Association<br>Lawyer Referral Service<br>(908)353-4715<br>Union County Legal Services<br>(908)354-4340 |
| Cape May County<br>Cape May County Bar Association<br>Lawyer Referral Service<br>(609)463-0313<br>Cape-Atlantic Legal Services<br>(609)465-3001 | Monmouth County<br>Monmouth County Bar Association<br>Lawyer Referral Service<br>(732)431-5544<br>Ocean-Monmouth Legal Services<br>(732)414-6750 | Warren County<br>Warren County Bar Association<br>Lawyer Referral Service<br>(908)387-1835<br>Warren County Legal Services<br>(908)475-2010 |
| Cumberland County<br>Cumberland County Bar Assoc.<br>Lawyer Referral Service<br>(856)696-5550<br>Legal Aid Society<br>(856)691-0494 | Morris County<br>Morris County Bar Association<br>Lawyer Referral Service<br>(973)267-5882<br>Legal Aid Society of Morris<br>(973)285-6911 | |
| Essex County<br>Essex County Bar Association<br>Lawyer Referral Service<br>(973)622-6204<br>Essex County Legal Aid Assoc.<br>(973)622-0063 | Ocean County<br>Ocean County Bar Association<br>Lawyer Referral Service<br>(732)431-5544<br>Ocean-Monmouth Legal Services<br>(732)608-7794 | * Camden Regional Legal Services, Inc. serves Burlington, Cumberland, Gloucester and Salem Counties. |